ments, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CHARLES L. CRAIG, Appellant, v. THE NEW YORK TELEGRAM CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy and O'Malley, JJ.

EQUITABLE OFFICE BUILDING CORPORATION, Respondent, v. CHARLES L. CRAIG, Appellant. (Action No. 2.) — Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

EQUITABLE OFFICE BUILDING CORPORATION, Respondent, v. CHARLES L. CRAIG, Appellant. (Action No. 3.) — Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ELLINORE OSHER, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the evidence on the question of suicide of the assured, and because the court failed in its charge to present to the jury this issue, which was the sole matter for their determination at the trial. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

IVAN ROCIC, Respondent, v. FRANKLIN SIMON Co., INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $18,176.10; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FRED H. POPE, as Trustee in Bankruptcy of MILL CREEK GOLD MINES, LTD., Respondent, v. AUGUST HECKSCHER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

SYDNEY S. SHEARS, Respondent, v. S. S. SHEARS CORPORATION and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Martin, P. J., and Untermyer, J., dissent and vote for reversal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIEGEL BROS. SERVICE STATION, INC., Appellant.— Judgment reversed, the information dismissed and the fine remitted. (See Darweger v. Staats, 267 N. Y. 290.) Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MORGAN A. JONES, Appellant, v. CORA LEE MALONEY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HOCHMAN and Another, Appellants.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR ORR, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and dismiss the information.